IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY WAYNE HOUSE,

    Petitioner,

v.                                       4:13cv295-WS/GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed February 5, 2014. See Doc. 13. The magistrate judge recommends that the petitioner's amended petition for writ of habeas corpus be dismissed as untimely. The petitioner has filed no objections to the report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 13) is hereby

ADOPTED and incorporated by reference into this order.

    2. The respondent's motion to dismiss (doc. 8) is GRANTED.

    3. The petitioner's amended petition for writ of habeas corpus (doc. 4) is DISMISSED as untimely.

    3. The clerk shall enter judgment stating: "All claims against the respondent are dismissed."

    4. A certificate of appealability shall not issue.

    DONE AND ORDERED this __4th__ day of __March__, 2014.

                      s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE